```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
LAURETE CARI AND RROK CARI,

                Plaintiffs,

-against-

CENTENNIAL PROPERTIES NY INC. D/B/A
CENTENNIAL PROPERTIES NY and STEVEN
CROMAN, JOINTLY AND SEVERALLY,

                Defendants.

24 Civ. 8889 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated November 22, 2024, the Court directed the parties to file their joint letter and proposed case management plan by January 21, 2025. ECF No. 7. The Court has received no request for an extension of that deadline, and the parties' submissions are now overdue. Accordingly, by **February 21, 2025**, the parties shall file their joint letter and proposed case management plan.

    SO ORDERED.

Dated: January 22, 2025
       New York, New York

                                            ANALISA TORRES
                                     United States District Judge