UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
LAURETE CARI AND RROK CARI,

                Plaintiffs,

-against-

CENTENNIAL PROPERTIES NY INC. D/B/A
CENTENNIAL PROPERTIES NY and STEVEN
CROMAN, JOINTLY AND SEVERALLY,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/2025

24 Civ. 8889 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated November 22, 2024, the Court directed the parties to file their joint letter and proposed case management plan by January 21, 2025. ECF No. 7. The Court received no such submissions. Accordingly, on January 22, the Court *sua sponte* extended the deadline to February 21. ECF No. 13. The parties' submissions are now, once again, overdue, no request for an extension of the deadline has been sought, and Defendants have not appeared in this action.

    Accordingly, by **March 11, 2025**, the parties shall file their joint letter and proposed case management plan or, by the same date, Plaintiffs shall initiate default judgment proceedings pursuant to Attachment A of the Court's Individual Practices in Civil Cases or file a notice of dismissal.

    Plaintiffs are advised that failure to prosecute this action and comply with Court orders shall result in dismissal pursuant to Federal Rule of Civil Procedure 41(b).

    SO ORDERED.

Dated: February 25, 2025
       New York, New York

                                              ANALISA TORRES
                                         United States District Judge