UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
LAURETE CARI AND RROK CARI,

                        Plaintiffs,

-against-

CENTENNIAL PROPERTIES NY INC. D/B/A
CENTENNIAL PROPERTIES NY and STEVEN
CROMAN, JOINTLY AND SEVERALLY,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/28/2025_

24 Civ. 8889 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated April 16, 2025, the Court directed Plaintiffs to serve copies of the Order to Show Cause, ECF No. 34, Plaintiff's proposed default judgment, ECF No. 31, the Clerk of Court's certificates of default, ECF Nos. 25–26, and the declarations and memorandum of law submitted in support of Plaintiffs' proposed default judgment, ECF Nos. 29–30, on Defendants via hand-delivery or first-class mail **and**, with respect to Defendant Centennial Properties NY Inc. ("Centennial Properties"), by service on the Secretary of State.

    Plaintiffs' certificate of service indicates that Centennial Properties was served only via service on the Secretary of State. *See* ECF No. 35. Accordingly, by **April 30, 2025**, Plaintiffs shall serve Centennial Properties via overnight mail to Centennial Properties' last known business address and file proof of such service on the docket.

    SO ORDERED.

Dated: April 28, 2025
       New York, New York

                                                         ANALISA TORRES
                                                  United States District Judge