USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/9/2025_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURETE CARI AND RROK CARI,

                Plaintiffs,

-against-

CENTENNIAL PROPERTIES NY INC. D/B/A
CENTENNIAL PROPERTIES NY and STEVEN
CROMAN, JOINTLY AND SEVERALLY,

                Defendants.

24 Civ. 8889 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By **July 9, 2025**, the parties shall file their joint letter and jointly proposed case management plan as set forth in ECF No. 7.

    The Clerk of Court is respectfully directed to mark the motion at ECF No. 39 as GRANTED and the motion at ECF No. 28 as DENIED AS MOOT.

    SO ORDERED.

Dated: June 9, 2025
       New York, New York

                                        ANALISA TORRES
                                   United States District Judge