UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURETE CARI AND RROK CARI,

                Plaintiffs,

-against-

CENTENNIAL PROPERTIES NY INC. D/B/A
CENTENNIAL PROPERTIES NY and STEVEN
CROMAN, JOINTLY AND SEVERALLY,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/2025

24 Civ. 8889 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated June 9, 2025, the Court directed the parties to file their joint letter and proposed case management plan by July 9, 2025. ECF No. 45; *see also* ECF No. 7. Those submissions are now overdue. Accordingly, by **July 16, 2025**, the parties shall jointly file the required submissions.

    SO ORDERED.

Dated: July 10, 2025
       New York, New York

                                          ANALISA TORRES
                                  United States District Judge